UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:07-CR-75 |
| | ) | |
| JERRY LEE CRAIG | ) | |
| BRADLEY SHAWN CRAIG | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated October 23, 2007. In that Report and Recommendation, the Magistrate Judge recommends that the defendants' motions to suppress be denied. The defendants have filed objections to this recommendation. [Docs. 31 and 39].

After careful *de novo* consideration of the record as a whole, including the transcript of the hearing on October 1, 2007, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the defendants' objections are **OVERRULED**, that this Report and Recommendation is **ADOPTED** and

1

**APPROVED**, [Doc. 23], and that the motions to suppress filed by the defendants are **DENIED.** [Docs. 14 and 16].

E N T E R:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE